# Miscellaneous Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Sheridan  ☒ Eoff  ☐ |
| DATE | December 12, 2014 |
| TIME | 9:05 a.m. — 10:25 a.m. |
| Miscellaneous Action | H — 14 — 2817 / 14 — 2787 |
| STYLE | In re: Fischman and Acacia Research & In re: Charlotte H. Rutherford |

DOCKET ENTRY

☐ Conference; ☒ Hearing; _____ day ☐ Bench ☐ Jury Trial (Rptr: J. Sanchez)

Bruce Slayden & William Beard for ☐ Ptf. # _____ ☒ Deft. # Schlumberger
Katherine Atlas & Travis Brennan for ☒ Ptf. # Fischman & Acacia ☐ Deft. # _____
Tim Shelby & Adam Milasince for ☒ Ptf. # Charlotte Rutherford ☐ Deft. # _____
_____ for ☐ Ptf. # _____ ☐ Deft. # _____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on: ☐ all pending motions; ☐ these topics:
_____
_____

☐ Motions taken under advisement: _____
☒ Order to be entered.
☐ Internal review set: _____
☒ Rulings orally rendered on: Schlumberger's motion to transfer is denied.